IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CT-3034-FL

| | |
|---|---|
| STANLEY SHANE SMITH<br>Plaintiff,<br><br>v.<br><br>THEODIS BECK, et al.,<br>Defendants. | JOINT VOLUNTARY<br>STIPULATION OF DISMISSAL<br>Fed. R. Civ. P. 41 (a)(1)(A)(ii) |

The above-captioned case has been successfully mediated and settled. Therefore, the parties jointly request a Dismissal with Prejudice be entered by the Court.

This the 21st day of March, 2011.



Case dismissed this
the 24th day of March, 2011
/s/ [signature]
Chief U.S. District Judge

ROY COOPER
Attorney General

/s/ Yvonne B. Ricci
Yvonne B. Ricci
Assistant Attorney General
Attorney for Defendants
N.C. State Bar No. 21641
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6500
Facsimile: (919) 716-6761
E-mail: yricci@ncdoj.gov

/s/ Tod M. Leaven
Tod M. Leaven
Attorney for Plaintiff
N.C. State Bar No. 41380
Post Office Box 25397
Raleigh, North Carolina 27611
Telephone: (919) 856-2200
Facsimile: (919) 856-2223
E-mail: tleaven@ncpls.org